Case 5:17-cr-00063-MTT-CHW   Document 73   Filed 06/20/24   Page 1 of 2

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 3 (Page 3 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:17-CR-00063-001 |
| Donald Frederick Meeks | ) |
| | ) USM No: 00550-120 |
| Date of Original Judgment: 08/07/2019 | ) |
| Date of Previous Amended Judgment: N/A | ) Jared Scott Westbroek |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING RECONSIDERATION OF MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the Policy Statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant seeks reconsideration of the Court's April 12, 2024, Order Denying his Motion for Sentence Reduction (Doc. 70) on grounds that the Court overlooked, or failed to properly consider, a portion of defendant's original Motion for Reduction (Doc. 69) addressing proposed amendments to sentencing guidelines covering compassionate release, safety valve, acceptance of responsibility, career offender, criminal history points, acquitted conduct, changes in the law, and the expansion of USSG § 1B1.13. The defendant believes each of these amended guidelines were retroactively applied necessitating a "one by one, point by point" assessment by the Court on of each of these amendments.

Amendment 821 to the United States Sentencing Guidelines, which went into effect on November 1, 2023, and are retroactive effective February 1, 2024, addressed criminal history "status points" and a reduction for certain "zero-point" offenders. As the Court outlined in its April 12, 2024, order, the defendant does not meet the criteria for an adjustment based on these amendments as no criminal history "status points" were applied in his case and he is not a "zero-point" offender. Amendment 817, which addressed Safety Valve, was not applied retroactively and is not applicable in the defendant's case as he possessed a firearm in connection with his offense. There are no known retroactive amended guidelines or changes to the law affecting acceptance of responsibility, career offender, or acquitted conduct which would have any impact on the defendant's guideline range. Moreover, the defendant has not moved for compassionate release.

The defendant's motion lacks legal authority and argument on the amendments he believes were made retroactive and the changes in the law which apply in his case that would result in an amended guideline range. In its previous order, the Court detailed why the defendant's sentence is unaffected by Amendment 821 (Criminal History Points) and as noted herein, it is similarly unaffected by Amendment 817 (Safety Valve).

The Court has carefully and completely reviewed the defendant's motions. Because the defendant has failed to show how the Court erred in holding that he is not entitled to a sentence reduction, his Motion for Reconsideration of the Court's Order Denying his Motion for Sentence Reduction (Doc. 72) is **DENIED**.

Except as otherwise provided, all provisions of the judgment dated   08/07/2019   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:     6/20/2024                  S/ Marc T. Treadwell

                                                                         *Judge's signature*

Effective Date:                       Marc T. Treadwell, Chief U.S. District Judge

               *(if different from order date)*                                 *Printed name and title*